IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* )<br>STEPHEN C. LLOYD )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br>COLUMBIA GASTROENTEROLOGY )<br>ASSOCIATES, P.A., COLUMBIA )<br>GASTROINTESTINAL ENDOSCOPY )<br>CENTER, INC. AND ANSURG CORP., )<br> )<br>        Defendants. ) | Civil Case No.:  3:14-cv-115-JFA<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. The Complaint (Dkt. No. 1) be unsealed;

2. The relators serve the Defendants with a copy of the Complaint in this matter within 30 days of the date of this Order;

3. The following documents be unsealed:

    a. Complaint (Dkt. No. 1 );

    b. Local Rule 26.01 Answers to Interrogatories (Dkt. No. 3 );

    c. Notice of Appearance (Dkt. No. 7 );

    d. Declarations of Service (Dkt. Nos. 6, 11);

    e. Notice of Election by the United States to Decline Intervention (Dkt. 20);

4. All other contents of the Court's file in this action will remain under seal and not be made public or served upon the Defendants;

5. The seal be lifted as to this Order and all other matters occurring in this action after entry of this Order;

6. The Relator will serve this Order and the Notice of Election by the United States to Decline Intervention upon Defendants only after service of the Complaint;

7. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. §3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

8. The parties shall serve all notices of appeal upon the United States;

9. All Orders of this Court shall be sent to the United States;

10. Should the relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

October 27, 2014                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge